IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAR 6 - 2006

GREGORY C. LANGHAM
CLERK

Civil Action No. 05-cv-02631-BNB

PATRICK DURAY PORTLEY,

    Applicant,

v.

KEVIN MILYARD, and
THE ATTORNEY GENERAL OF THE STATE OF [COLORADO],

    Respondents.

ORDER DISMISSING CASE

This matter is before the Court on the response to the order to show cause and request to dismiss the application for a writ of habeas corpus that Applicant Patrick Duray Portley submitted *pro se* and the Court filed on February 16, 2006. In the response and request, which were submitted in response to the January 18, 2006, order for an amended application and to show cause, Mr. Portley informs the Court that he wants to dismiss voluntarily and without prejudice his habeas corpus application.

The Court will treat the February 16, 2006, response and request to dismiss together as a notice of voluntary dismissal pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure. Rule 41(a)(1) provides that "an action may be dismissed by the plaintiff without order of court (I) by filing a notice of dismissal at any time before service by the adverse party of an answer or of a motion for summary judgment." No response has been filed by Respondents in this action. A voluntary dismissal pursuant to Rule 41(a)(1) is effective immediately upon the filing of a written notice of dismissal,

and no subsequent court order is necessary. *See* J. Moore, Moore's Federal Practice ¶ 41.02(2) (2d ed. 1995); *Hyde Constr. Co. v. Koehring Co.*, 388 F.2d 501, 507 (10th Cir. 1968). The notice closes the file. *See Hyde Constr. Co.*, 388 F.2d at 507. Accordingly, it is

ORDERED that the response to the order to show cause and request to dismiss the application for a writ of habeas corpus that Applicant Patrick Duray Portley submitted *pro se* and the Court filed on February 16, 2006, are treated as a notice of voluntary dismissal pursuant to Fed. R. Civ. P. 41(a)(1). It is

FURTHER ORDERED that the voluntary dismissal is effective as of February 16, 2006, the date the notice of voluntary dismissal was filed in this action. It is

FURTHER ORDERED that the habeas corpus application is denied and the action is dismissed without prejudice.

FURTHER ORDERED that judgment is entered in favor of Respondents and against Applicant.

DATED at Denver, Colorado, this 2 day of March, 2006.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 05-cv-02631-BNB

Patrick Portley-El
Prisoner No. 62950
Sterling Correctional Facility
PO Box 6000
Sterling, CO 80751

I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on 3-6-06

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk